UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON EVAN CUMMINGS,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>MELISSA ANDREWJESKI,<br><br>　　　　　　　　Respondent. | CASE NO. 2:23-cv-1314-JNW-GJL<br><br>ORDER DIRECTING STATUS REPORT |

The District Court has referred this action to United States Magistrate Judge Grady J. Leupold. Petitioner Clayton Evan Cummings, proceeding *pro se*, filed a federal habeas petition pursuant to 28 U.S.C. § 2254, seeking relief from a state court conviction.

On September 26, 2023, the Court granted Petitioner's Motion to stay the case while Petitioner completes his relevant state court proceedings. Dkts. 9, 13. In that Order, the Court also directed Petitioner to file a status report every 90 days informing the Court of the status of Petitioner's state court proceedings. Dkt. 13. To date, Petitioner has filed six status reports. Dkts. 14–16; Dkt. 18–20.

In his latest status report, filed on March 20, 2025, Petitioner informed the Court that his state court proceedings remain pending, but provides no further detail. *See* Dkt. 25. Thus, in order to keep the Court informed of Petitioner's state court proceedings, the Court now **ORDERS** Respondent to file a report every 45 days informing the Court of the status of Petitioner's state court proceedings. The first status report is due on or before **June 13, 2025**, and shall include the state court cause number(s) and any developments in Petitioner's case. If the state court dismisses or resolves Petitioner's state court proceedings, Respondent is directed to inform the Court and file a motion to lift the stay within 30 days of the state court taking action. Respondent's answer shall be filed 45 days after the stay is lifted.

As a result of this Order, Petitioner is no longer required to file status reports.

Dated this 13th day of May, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER DIRECTING STATUS REPORT - 2