UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLAYTON EVAN CUMMINGS,

    Petitioner,

v.

MELISSA ANDREWJESKI,

    Respondent.

CASE NO. 2:23-cv-1314-JNW-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's Motion for Preliminary Injunction (Dkt. 23) is DENIED and, to the extent it raises new grounds for federal habeas relief, the Motion is also STRICKEN as an improper statement of additional grounds.

(3)     The Clerk is directed to send copies of this Order to Petitioner, to Counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 14th day of July, 2025.

JAMAL N. WHITEHEAD
United States District Judge